AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Mid-Gulf Shipping Company Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 20-000390 |
| Energy Subsea LLC ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   07/13/2020   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:   08/24/2018

CLERK OF COURT

_____
Signature Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MID-GULF SHIPPING COMPANY INC. | CIVIL ACTION |
| VERSUS | No. 20-390 |
| ENERGY SUBSEA LLC | SECTION I |

## JUDGMENT

On this date, the Court issued an order and reasons granting plaintiff Mid-Gulf Shipping Company Inc.'s motion for a default judgment against defendant Energy Subsea LLC.

Accordingly,

**IT IS ORDERED** that the motion for a default judgment is **GRANTED** and that judgment shall be entered in favor of Mid-Gulf Shipping Company Inc. and against Energy Subsea LLC in the principal amount of $863,950.00 (the "principal amount").

**IT IS FURTHER ORDERED** that Mid-Gulf Shipping Company Inc. shall be awarded post-judgment interest, at the federal statutory rate pursuant to 28 U.S.C. § 1961, on the principal amount from the date of entry of this judgment until paid.

New Orleans, Louisiana, July 13, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY

SEP 11 2020

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA